<div align="center">

9UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

</div>

| | |
|---|---|
| In re ) | |
| ) | Case no.: 6:13-bk-15196 |
| Alfa General, LLC ) | Chapter 11 |
| ) | |
| Taxpayer ID No. 59-3747651 ) | |
| ) | |
| Debtor. ) | |
| _____ ) | |

## CHAPTER 11 CASE MANAGEMENT SUMMARY

Debtor, Alfa General, LLC, offers this Chapter 11 Case Management Summary:

1.  <u>Description of Debtor and Debtor's business</u>.  Debtor is a Florida limited liability company formed in 2001.  Debtor has no employees.  Debtor owns a commercial office building located at 1673 Mason Avenue, Daytona Beach, Florida (the "Real Property").  The Real Property consists of approximately 23,500 sq. ft. of rentable space. Debtor has 3 tenants occupying approximately 14,444 sq. ft. Debtor's gross revenue for 2013 to date is approximately $164,104.00.

2.  <u>Location of Debtor's headquarters</u>:  1307 S. International Parkway, Suite 1091, Lake Mary, FL 32746.

3.  <u>Reasons for filing Chapter 11</u>.  The following is a summary of primary factors that led to the filing of the Chapter 11 case:

    a.  Due to market conditions, the value of the Property has declined and vacancies increased over the years.

    b.  Debtor fell behind in the mortgage payments.  Debtor was unable to negotiate with mortgage holder or find new financing, and mortgage holder filed an action to foreclose.

4. <u>Members</u>.

| Name | Monthly Salary | Benefits |
|---|---|---|
| Louis F. Joachim | $0.00 | none |
| Sehba Joachim | $0.00 | none |
| Munira Nasser | $0.00 | none |
| Ibrahim Mulla | $0.00 | none |
| Naeem Moon | $0.00 | none |

5. <u>Annual Gross Revenues</u>.

| Year Ended 2011 | Year Ended 2012 |
|---|---|
| $319,350.00 | $224,452.00 |

6. <u>Amounts owed to classes of creditors</u>. Subject to defenses and offsets, Debtor estimates claims asserted as follows:

    c. <u>Secured</u>.
        i. First Southern Bank      $ 2,575,169.56
        ii. Volusia County Tax Collector      $ 30,471.99

        Total Secured      $2,605,641.55

    d. <u>Priority</u>.
        Florida Dept. of Revenue      $939.25

    e. <u>Unsecured</u>.
        i. Non-insider      $28,345.25
        ii. Insider      $35,000.00

7. <u>Assets</u>

| | Description | Approximate Value |
|---|---|---|
| a. | <u>Real Property</u> | $1,000,000.00 |
| b. | <u>Personal Property</u> | |
| i. | Cash, bank account, intangibles | $4,652.41 |
| ii. | Office furnishings and equipment | $1,050.00 |
| | Total | $5,702.41 |

8. <u>Employees</u>

| Number | Wages Owed at Petition Date |
|---|---|
| none | |

2

9. Payroll and sales tax obligations. Debtor estimates taxes owing as follows:

Sales tax $939.25

10. Anticipated emergency relief. Debtor anticipates requiring expedited relief on the following matters:

a. Use of cash collateral.

b. Adequate assurance of payment to utility providers within 30 days after the Petition Date.

11. Strategic objectives.

a. Restructure secured debt.

b. Capital contribution.

**CERTIFICATE OF SERVICE**

I certify that a copy of this case management summary has been served on December 17, 2013 to: (i) all "filing users" through the CM/ECF filing system; and (ii) email to Office of United States Trustee, email: USTP.Region21.OR.ECF@usdoj.gov.

/s/ David R. McFarlin
David R. McFarlin
Florida Bar No. 328855
Wolff, Hill, McFarlin & Herron, P.A.
1851 W. Colonial Drive
Orlando, FL 32804
Telephone (407) 648-0058
Facsimile (407) 648-0681
Email: dmcfarlin@whmh.com

Attorneys for Debtor