UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re ) | |
| ) | Case no.: 6:13-bk-15196-KSJ |
| Alfa General, LLC ) | Chapter 11 |
| ) | |
|    Taxpayer ID No. 59-3747651 ) | |
| ) | |
|    Debtor. ) | |
| _____ ) | |

**FIRST PRELIMINARY ORDER ON
DEBTOR'S MOTION TO USE CASH COLLATERAL AND
NOTICE OF CONTINUED HEARING ON FEBRUARY 26, 2014 AT 2:45 P.M.**

This case came before the Court at a hearing on January 7, 2014, to consider and act upon the motion by debtor-in-possession to use cash collateral (Doc. No. 4).  For the reasons stated and recorded in open Court, it is ORDERED that:

1.     <u>Cash Collateral Authorization</u>.  Subject to the provisions of this order, Debtor is authorized to use cash collateral to pay: (a) amounts expressly authorized by this Court, including payments to the US Trustee for quarterly fees; (b) the expenses set forth in the budget attached hereto, plus an amount not to exceed 5% for each line item; and (c) such additional amounts as may be expressly approved in writing by First Southern Bank ("Secured Creditor").  This authorization will continue until further order of the Court.  Except as authorized in this order, Debtor is prohibited from use of cash collateral.

2.     <u>Debtor Obligations</u>.  Debtor shall timely perform all obligations of a debtor-in-possession required by the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the orders of this Court.

3.  <u>Access to Premises and Records</u>.  Upon reasonable notice, and provided that it does not unreasonably interfere with the business of Debtor, Debtor shall grant to Secured Creditor and its agents and representatives access to Debtor's premises and records for inspection.

4.  <u>Replacement Lien</u>.  Each creditor with a security interest in cash collateral shall have a perfected post-petition lien against cash collateral to the same extent and with the same validity and priority as the prepetition lien, without the need to file or execute any document as may otherwise be required under applicable non-bankruptcy law.

5.  <u>Insurance</u>.  Debtor shall maintain insurance coverage for its property in accordance with the obligations under the loan and security documents with Secured Creditor.

6.  <u>Non-Waiver of Rights and Remedies.</u>  This Order is not intended to and shall not prejudice, alter, affect, or waive any rights and/or remedies of Debtor or Secured Creditor, with respect to liens, claims, value determinations, request for additional adequate protection, and all other matters under the Bankruptcy Code or applicable non-bankruptcy law, including but in no way limited to claims of Secured Creditors for administrative expense or superiority claims under code sections 503 and 507.

7.  <u>Creditor Committee</u>.  The provisions of this Order are without prejudice to the rights of the United States Trustee to appoint a committee or any rights of a duly appointed committee to challenge the validity, priority or extent of any lien(s) asserted against cash collateral.

8.  <u>Continued Hearing</u>.  An evidentiary hearing on the motion and any objection is continued to **February 26, 2014 at 2:45 p.m.**

] DONE AND ORDERED on January 10, 2014

_____
KAREN S. JENNEMANN
Chief United States Bankruptcy Judge

Attorney, David R. McFarlin, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of the entry of the order

Alfa General, LLC
Cash Collateral Budget through February 22, 2014

| | Week ending 12/21/13 | Week ending 12/28/13 | Week ending 01/04/14 | Week ending 01/11/14 | Week ending 01/18/14 | Week ending 01/25/14 | Week ending 02/01/14 | Week ending 02/08/14 | Week ending 02/15/14 | Week ending 02/22/14 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | |
| Rental Income | | | $15,783.82 | | | | | $15,783.82 | | |
| | | | | | | | | | | |
| **Expense** | | | | | | | | | | |
| Building R & M | | | $593.18 | $500.00 | | | $593.18 | $500.00 | | |
| Electricity | | | | $900.00 | | | | $1,000.00 | | |
| Elevator Maintenance | | | | $393.75 | | | | | $395.77 | $393.75 |
| Elevator (telephone) | | | | $269.16 | | | | | | |
| HVAC | | | | $319.00 | | | | | $319.00 | |
| Insurance | | | | | | $1,134.00 | | $605.00 | | $1,134.00 |
| Janitorial | | | $750.00 | | | | $750.00 | | | |
| Sales and Use Tax | $285.39 | $653.86 | | $939.25 | | | | | $939.25 | $229.50 |
| Miscellaneous | | | $138.45 | | | | | $113.68 | $102.24 | |
| Pest Control | | | | | | | | | | |
| Property Mgmt* | | | $789.15 | | | | $789.15 | | | |
| Water & Sewer | | | $1,046.49 | | | | | $1,046.49 | | |
| Professional Fees (Accounting)* | | | | $150.00 | | | | | $150.00 | |
| Utility Deposits | | | | | | | | $2,513.00 | | |
| | | | | | | | | | | |
| Total Expenses | $285.39 | $653.86 | $3,317.27 | $3,471.16 | $0.00 | $1,134.00 | $2,132.33 | $5,778.17 | $1,906.26 | $1,757.25 |

* no payment absent separate order approving retention