UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER |
| | } | 6:13−bk−15196−KSJ |
| Alfa General, LLC | } | |
| | } | JUDGE  Karen S. Jennemann |
| | } | |
| Debtor. | } | CHAPTER 11 |

DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD
FROM December 17, 2013  TO December 31, 2013

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.


/s/ David McFarlin
Attorney for Debtor's Signature


Debtor's Address
and Phone Number:

  1307 S International Pkwy Ste 1091

  Lake Mary, FL 32746


Attorney's Address
and Phone Number:

Wolff, Hill, McFarlin & Herron, P.A.

 1851 W. Colonial Drive

 Orlando, FL 32804


Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office.  Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.usdoj.gov/ust/r21/reg_info.htm
1)    Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)    Initial Filing Requirements
3)    Frequently Asked Questions (FAQs)http://www.usdoj.gov/ust/

### SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING <u>December 17, 2013</u> AND ENDING <u>December 31, 2013</u>

Name of Debtor: <u>ALFA GENERAL, LLC</u>    Case Number <u>6:13-bk-14928-CCJ</u>
Date of Petition: <u>December 17, 2013</u>

|  | CURRENT MONTH | | CUMULATIVE PETITION TO DATE | |
|---|---|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | $4652.41 | (a) | $4652.41 | (b) |
| 2. RECEIPTS: | | | | |
| A. Cash Sales | | | | |
| Minus: Cash Refunds | (-) | | | |
| Net Cash Sales | | | | |
| B. Accounts Receivable | | | | |
| C. Other Receipts *(See MOR-3)* | | | | |
| (If you receive rental income, you must attach a rent roll.) | | | | |
| 3. TOTAL RECEIPTS *(Lines 2A+2B+2C)* | | | | |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS *(Line 1 + Line 3)* | $4652.41 | | $4652.41 | |
| 5. DISBURSEMENTS | | | | |
| A. Advertising | | | | |
| B. Bank Charges | | | | |
| C. Contract Labor | | | | |
| D. Fixed Asset Payments (not incl. in "N") | | | | |
| E. Insurance | | | | |
| F. Inventory Payments *(See Attach. 2)* | | | | |
| G. Leases | | | | |
| H. Manufacturing Supplies | | | | |
| I. Office Supplies | | | | |
| J. Payroll - Net *(See Attachment 4B)* | | | | |
| K. Professional Fees (Accounting & Legal) | | | | |
| L. Rent | | | | |
| M. Repairs & Maintenance | | | | |
| N. Secured Creditor Payments *(See Attach. 2)* | | | | |
| O. Taxes Paid - Payroll *(See Attachment 4C)* | | | | |
| P. Taxes Paid - Sales & Use *(See Attachment 4C)* | $285.39 | | $285.39 | |
| Q. Taxes Paid - Other *(See Attachment 4C)* | | | | |
| R. Telephone | | | | |
| S. Travel & Entertainment | | | | |
| Y. U.S. Trustee Quarterly Fees | | | | |
| U. Utilities | | | | |
| V. Vehicle Expenses | | | | |
| W. Other Operating Expenses *(See MOR-3)* | | | | |
| 6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)* | $285.39 | | $285.39 | |
| 7. ENDING BALANCE *(Line 4 Minus Line 6)* | $4367.02 | (c) | $4367.02 | (c) |

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.**

This <u>15th</u> day of <u>January</u>, 2014.

_____
Louis F. Joachim, Manager

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.
(c) These two amounts will always be the same if form is completed correctly.

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS** (cont'd)

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| TOTAL OTHER RECEIPTS | _____ | _____ |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| TOTAL OTHER DISBURSEMENTS | _____ | _____ |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

**ATTACHMENT 1**

**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

Name of Debtor: ALFA GENERAL, LLC_____    Case Number:   6:13−bk−14928−CCJ

Reporting Period beginning December 17, 2013    Period ending December 31, 2013

ACCOUNTS RECEIVABLE AT PETITION DATE:   _____NA_____

### ACCOUNTS RECEIVABLE RECONCILIATION
(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

|  |  |  |
|---|---|---|
| Beginning of Month Balance | $_____ | (a) |
| PLUS: Current Month New Billings |  |  |
| MINUS: Collection During the Month | $_____ | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $_____ | * |
| End of Month Balance | $_____ | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____

_____

### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total |
|---|---|---|---|---|
| $_____ | $_____ | $_____ | $_____ | $_____ (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).

(c) These two amounts must equal.

## ATTACHMENT 2
## MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

Name of Debtor: ALFA GENERAL, LLC          Case Number:  6:13-bk-14928-CCJ

Reporting Period beginning December 17, 2013      Period ending December 31, 2013

In the space below list all invoices or bills incurred and not paid since the filing of the petition.  Do not include amounts owed prior to filing the petition.  In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

### POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| 12/25/13 | 6 | United Security | Fire Alarm Monitoring | $102.72 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL AMOUNT | | | | $102.72 (b) |

☐ **Check here if pre-petition debts have been paid.  Attach an explanation and copies of supporting documentation.**

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)

| | | |
|---|---|---|
| Opening Balance | $ 0 | (a) |
| PLUS: New Indebtedness Incurred This Month | $ 102.72 | |
| MINUS: Amount Paid on Post Petition, Accounts Payable This Month | $ 0 | |
| PLUS/MINUS: Adjustments | $ 0 | * |
| Ending Month Balance | $ 102.72 | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only).   If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | $0 (d) | | |

(a)This number is carried forward from last month's report.  For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

**ATTACHMENT 3**
**INVENTORY AND FIXED ASSETS REPORT**

Name of Debtor:  ALFA GENERAL, LLC              Case Number:   6:13−bk−14928−CCJ

Reporting Period beginning December 17, 2013      Period ending December 31, 2013

## INVENTORY REPORT

INVENTORY BALANCE AT PETITION DATE:      $ _____
INVENTORY RECONCILIATION:
   Inventory Balance at Beginning of Month      $ _____(a)
   PLUS: Inventory Purchased During Month      $ _____
   MINUS: Inventory Used or Sold      $ _____
   PLUS/MINUS: Adjustments or Write-downs      $ _____*
   Inventory on Hand at End of Month      $ _____

METHOD OF COSTING INVENTORY: _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

---

### INVENTORY AGING

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| _____% | _____% | _____% | _____% = | _____100%* |

* Aging Percentages must equal 100%.

☐   Check here if inventory contains perishable items.

**Description of Obsolete Inventory:** _____

---

### FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: _____(b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only): _____
_____
_____

FIXED ASSETS RECONCILIATION:
Fixed Asset Book Value at Beginning of Month      $ _____(a)(b)
   MINUS:  Depreciation Expense      $ _____
   PLUS:  New Purchases      $ _____
   PLUS/MINUS: Adjustments or Write-downs      $ _____*
Ending Monthly Balance      $ _____

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD: _____
_____

(a)This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.  Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

## ATTACHMENT 4A

## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor:  ALFA GENERAL, LLC          Case Number:   6:13-bk-14928-CCJ

Reporting Period beginning December 17, 2013    Period ending December 31, 2013

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: First Southern Bank          BRANCH:  Lake Mary

ACCOUNT NAME: Alfa General, LLC          ACCOUNT NUMBER: 0444400

PURPOSE OF ACCOUNT:          OPERATING

| | |
|---|---|
| Ending Balance per Bank Statement | $ 35.80 |
| Plus Total Amount of Outstanding Deposits | $ |
| Minus Total Amount of Outstanding Checks and other debits | $                              * |
| Minus Service Charges | $ |
| Ending Balance per Check Register | $ 35.80          **(a) |

**\*Debit cards are used by**_____

**\*\*If Closing Balance is negative, provide explanation:**_____
_____

The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment **4D:** ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS
"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____Transferred to Payroll Account
$_____Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
   "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 4A**

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor:  ALFA GENERAL, LLC          Case Number:  6:13−bk−14928−CCJ

Reporting Period beginning December 17, 2013    Period ending December 31, 2013

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: Old Florida National Bank    BRANCH:  Longwood

ACCOUNT NAME: Alfa General, LLC             ACCOUNT NUMBER: 1098103505

PURPOSE OF ACCOUNT:       OPERATING

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ 4331.22 | |
| Plus Total Amount of Outstanding Deposits | $ | |
| Minus Total Amount of Outstanding Checks and other debits | $ | * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ 4331.22 | **(a) |

**\*Debit cards are used by**_____

**\*\*If Closing Balance is negative, provide explanation:**_____
_____

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:** ( □ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____Transferred to Payroll Account
$_____Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor: ALFA GENERAL, LLC          Case Number:   6:13-bk-14928-CCJ

Reporting Period beginning December 17, 2013    Period ending December 31, 2013

NAME OF BANK: Old Florida National Bank  BRANCH:  Longwood

ACCOUNT NAME: Alfa General, LLC

ACCOUNT NUMBER: 1098103505

PURPOSE OF ACCOUNT:       OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

TOTAL                                                $ 0.00

## ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor: ALFA GENERAL, LLC          Case Number:   6:13−bk−14928−CCJ

Reporting Period beginning December 17, 2013     Period ending  December 31, 2013

NAME OF BANK: First Southern Bank          BRANCH:  Lake Mary

ACCOUNT NAME: Alfa General, LLC

ACCOUNT NUMBER: 0444400

PURPOSE OF ACCOUNT:       OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| 12/18/13 | ACH Debit | Florida Department of Revenue | Sale & Use Tax | $285.39 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | $ 285.39 |

**ATTACHMENT 4B**

**MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT**

Name of Debtor:  ALFA GENERAL, LLC          Case Number:  6:13−bk−14928−CCJ

Reporting Period beginning December 17, 2013    Period ending December 31, 2013

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.

NAME OF BANK: _____BRANCH: _____

ACCOUNT NAME: _____ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT:  _____PAYROLL_____

| | |
|---|---|
| Ending Balance per Bank Statement | $_____ |
| Plus Total Amount of Outstanding Deposits | $_____ |
| Minus Total Amount of Outstanding Checks and other debits | $_____ * |
| Minus Service Charges | $_____ |
| Ending Balance per Check Register | $_____ **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____

The following disbursements were paid by Cash:  ( ☐ Check here if cash disbursements were authorized by  United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

### ATTACHMENT 5B
### CHECK REGISTER - PAYROLL ACCOUNT

Name of Debtor: <u>ALFA GENERAL, LLC</u>          Case Number:  <u>6:13−bk−14928−CCJ</u>

Reporting Period beginning <u>December 17, 2013</u>    Period ending <u>December 31, 2013</u>

NAME OF BANK: _____ BRANCH: _____

ACCOUNT NAME: _____ ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT:  _____ <u>PAYROLL</u>_____

Account for all disbursements, including voids, lost payments, stop payment, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL                                                                        $  0 _____

<u>ATTACHMENT 4C</u>

<u>MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT</u>

Name of Debtor:  <u>ALFA GENERAL, LLC</u>          Case Number:  <u>6:13-bk-14928-CCJ</u>

Reporting Period beginning <u>December 17, 2013</u>          Period ending  <u>December 31, 2013</u>

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.   A standard bank reconciliation form can be found on the United States Trustee website, <u>http://www.usdoj.gov/ust/r21/index.htm</u>.

NAME OF BANK: _____BRANCH: _____

ACCOUNT NAME: _____ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____TAX_____

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ _____ | |
| Plus Total Amount of Outstanding Deposits | $ _____ | |
| Minus Total Amount of Outstanding Checks and other debits | $ _____ | * |
| Minus Service Charges | $ _____ | |
| Ending Balance per Check Register | $ _____ | **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____
_____

The following disbursements were paid by Cash:  ( ☐   Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

### ATTACHMENT 5C

### CHECK REGISTER - TAX ACCOUNT

Name of Debtor: ALFA GENERAL, LLC          Case Number:   6:13-bk-14928-CCJ

Reporting Period beginning December 17, 2013     Period ending December 31, 2013

NAME OF BANK: _____     BRANCH: _____

ACCOUNT NAME: _____     ACCOUNT # _____

PURPOSE OF ACCOUNT: _____TAX_____

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.
http://www.usdoj.gov/ust/

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

TOTAL                                                    0.00    (d)

### SUMMARY OF TAXES PAID

| | |
|---|---|
| Payroll Taxes Paid | _____(a) |
| Sales & Use Taxes Paid | _____(b) |
| Other Taxes Paid | _____(c) |
| TOTAL | _____(d) |

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

## ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

Type of Negotiable

| Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL                                                             _____(a)

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**TOTAL**                               $ _____(b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation**_____
_____
_____
_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)    $ _____
(c)**

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the
    amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page
    MOR-2, Line 7).

## ATTACHMENT 6

## MONTHLY TAX REPORT

Name of Debtor: ALFA GENERAL, LLC          Case Number:  6:13−bk−14928−CCJ

Reporting Period beginning December 17, 2013          Period ending December 31, 2013

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

TOTAL                                    $ _____

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

Name of Debtor:  ALFA GENERAL, LLC          Case Number:  6:13-bk-14928-CCJ

Reporting Period beginning December 17, 2013          Period ending December 31, 2013

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month.  Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc.  Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | _____ | _____ |
| Number hired during the period | _____ | _____ |
| Number terminated or resigned during period | _____ | _____ |
| Number of employees on payroll at end of period | _____ | _____ |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.  For the first report, attach a copy of the declaration sheet for each type of insurance.  For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| Hayward Brown, Inc./ Old Dominion | 386-252-5546 | BPG0635C | Property | 9/23/2014 | 1/24/14 |
| Hayward Brown, Inc./ Old Dominion | 386-252-5546 | BPG0635C | Liability | 9/23/2014 | 1/24/14 |
| Hayward Brown, Inc./ Auto Owners | 386-252-5546 | 4002224584 | Flood | 2/8/2014 | 2/7/14 |
| _____ | _____ | _____ | _____ | _____ | _____ |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

    **Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

## ATTACHMENT 8

### SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____.

# ACORD™ CERTIFICATE OF PROPERTY INSURANCE

| | DATE |
|---|---|
| | 12/16/2013 |

| PRODUCER PH (386) 252-5546          FAX (386) 258-2273 |
|---|
| Hayward Brown, Inc. |
| 202 Seabreeze Boulevard |
| PO Box 265129 |
| Daytona Beach      FL 32126-5129 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

### COMPANIES AFFORDING COVERAGE

| COMPANY A | OLD DOMINION |
|---|---|
| COMPANY B | AUTO OWNERS |
| COMPANY C | |
| COMPANY D | |

| INSURED |
|---|
| ALFA GENERAL LLC |
| C/O DOVER INTERNATIONAL REALTY, SUITE 1091 |
| 1307 S INTERNATIONAL PARKWAY |
| LAKE MARY      FL 32746 |

## COVERAGES

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| CO LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | | COVERED PROPERTY | LIMITS |
|---|---|---|---|---|---|---|---|
| | X PROPERTY | | | | X | BUILDING | $ 2,705,000 |
| | CAUSES OF LOSS | | | | | PERSONAL PROPERTY | $ |
| | ☐ BASIC | | | | | BUSINESS INCOME | $ |
| | ☐ BROAD | | | | | EXTRA EXPENSE | $ |
| A | X SPECIAL | BPG0635C | 9/23/2013 | 9/23/2014 | | BLANKET BUILDING | $ |
| | ☐ EARTHQUAKE | | | | | BLANKET PERS PROP | $ |
| | ☐ FLOOD | | | | | BLANKET BLDG & PP | $ |
| B | X FLOOD | 4002224584 | 02/08/2013 | 02/08/2014 | X | BUILDING | $ 500,000 |
| | ☐ INLAND MARINE | | | | | | $ |
| | TYPE OF POLICY | | | | | | $ |
| | | | | | | | $ |
| | CAUSES OF LOSS | | | | | | $ |
| | ☐ NAMED PERILS | | | | | | $ |
| | ☐ OTHER | | | | | | $ |
| | ☐ CRIME | | | | | | $ |
| | TYPE OF POLICY | | | | | | $ |
| | | | | | | | $ |
| | ☐ BOILER & MACHINERY | | | | | | $ |
| A | X OTHER | BPG0635C | 09/23/2013 | 09/23/2014 | | occurrence | 1,000,000 |
| | GENERAL LIABILITY | | | | | aggregate | 2,000,000 |

| LOCATION OF PREMISES/DESCRIPTION OF PROPERTY |
|---|
| 1673 MASON AVE, DAYTONA BEACH, FL. 32117 |
| AOP DEDUCTIBLE- $500 |
| HURRICANE- 2% |
| Flood Deductible - 1,000 |

| SPECIAL CONDITIONS/OTHER COVERAGES |
|---|
| REF: 444530 |

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| First Southern Bank<br>Insurance Service Center<br>P.O. Box 863329<br>Plano, TX  75086 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING COMPANY WILL ENDEAVOR TO MAIL __10__ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE COMPANY, ITS AGENTS OR REPRESENTATIVES. |
| | AUTHORIZED REPRESENTATIVE |
| | Richard Brown/EKS                    *Richard C. Brown* |

| ACORD 24 (1/95) | © ACORD CORPORATION 1995 |
|---|---|

INS024 (0195)

**OLD FLORIDA NATIONAL BANK**
**315 E ROBINSON ST, STE 100**
**ORLANDO FL 32801-1698**
Tel: (407)650-9800

ldlldldlldlldldlldld
ALFA GENERAL LLC
1307 S INTERNATIONAL PKWY
STE 1091
LAKE MARY FL 32746

Account No.:    **1098103505** Enclosures:        **( 12)**                    Statement Date: **12/31/2013** Page:    **1**

## *VALUE CHECKING ACCOUNT SUMMARY*

Type :    **REG**    Status :    **Active**

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 11/29/13 | | 5,161.67 |
| Deposits | 3 | 15,783.82 + |
| Debits | 12 | 15,381.27 |
| Automatic Withdrawals | 1 | 1,213.00 |
| Miscellaneous Fees | 1 | 20.00 |
| Ending Balance On 12/31/13 | | 4,331.22 |

| | | |
|---|---|---|
| Average Balance (Ledger) | 9,314.21 + | |

## *ALL CREDIT ACTIVITY*

| Date | Type | Amount | Date | Type | Amount | Date | Type | Amount |
|---|---|---|---|---|---|---|---|---|
| 12/02/13 | Deposit | 2,403.37 | 12/03/13 | Deposit | 2,392.50 | 12/04/13 | Deposit | 10,987.95 |

## *ELECTRONIC DEBITS*

| Date | Description | Amount |
|---|---|---|
| 12/16/13 | WIRE TRANSFER TO WOLFF HILL MCFARLAN & HERRON PA | 1,213.00 |
| 12/16/13 | WIRE TRANSFER FEE TO WOLFF HILL MCFARLAN & HERRON PA | 20.00 |

## *CHECKS AND OTHER DEBITS*

* indicates a gap in the check numbers

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 12/17/13 | | 750.00 | 12/03/13 | 1072* | 402.50 | 12/11/13 | 1076 | 257.99 |
| 12/02/13 | 1068 | 783.84 | 12/02/13 | 1073 | 789.15 | 12/10/13 | 1077 | 250.00 |
| 12/02/13 | 1069 | 113.68 | 12/09/13 | 1074 | 295.00 | 12/16/13 | 1078 | 55.61 |
| 12/03/13 | 1070 | 1,133.50 | 12/11/13 | 1075 | 550.00 | 12/16/13 | 1079 | 10,000.00 |

## *DAILY BALANCE SUMMARY*

Beginning Ledger Balance on 11/29/13 was 5,161.67

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 12/02/13 | 5,878.37 | 12/09/13 | 17,427.82 | 12/16/13 | 5,081.22 |
| 12/03/13 | 6,734.87 | 12/10/13 | 17,177.82 | 12/17/13 | 4,331.22 |
| 12/04/13 | 17,722.82 | 12/11/13 | 16,369.83 | | |

**OLD FLORIDA NATIONAL BANK**
**315 E ROBINSON ST, STE 100**
**ORLANDO FL 32801-1698**
Tel: (407)650-9800

ldldllldlldllldldldd
* ALFA GENERAL LLC
  1307 S INTERNATIONAL PKWY
  STE 1091
  LAKE MARY FL 32746

Account No.:  **1098103505** Enclosures:        ( 12)                    Statement Date:  **12/31/2013** Page:   **2**

## COLLECTED BALANCE SUMMARY

Beginning Ledger Balance on 11/29/13 was 5,161.67

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 12/02/13 | 3,475.37 | 12/05/13 | 17,722.82 | 12/11/13 | 16,369.83 |
| 12/03/13 | 4,342.87 | 12/09/13 | 17,427.82 | 12/16/13 | 5,081.22 |
| 12/04/13 | 6,735.82 | 12/10/13 | 17,177.82 | 12/17/13 | 4,331.22 |

| This Statement Cycle Reflects 32 Days |
|---|

NOTICE:BY FEDERAL LAW AS OF 1/1/2013 FUNDS IN A NONINTEREST-
BEARING TRANSACTION ACCOUNT (INCLUDING IOTA) WILL NOT HAVE
UNLIMITED DEPOSIT INSURANCE COVERAGE; PRIOR COVERAGE APPLIES
SEE WWW.FDIC.GOV/DEPOSIT/DEPOSITS/UNLIMITED/EXPIRATION.HTML

```
                                                            PAGE:    1
                                ACCOUNT:      444400 12/31/2013
                                DOCUMENTS:         1




                ALFA GENERAL LLC                     30-0
                1307 S INTL PKWY STE 1091               1
                LAKE MARY FL  32746                     0


==============================================================================
FIRST SOUTHERN BANK LAKE MARY              TELEPHONE:407-323-3393
3505 W LAKE MARY BLVD
LAKE MARY, FL  32746
==============================================================================
    ENJOY THE BENEFITS OF ONLINE BANKING 24 HOURS A DAY, 365 DAYS A YEAR.
    WHETHER IT'S FROM YOUR HOME OR OFFICE, OUR WEBBANC PROVIDES YOU A FAST
    EASY AND CONVENIENT WAY TO ACCESS YOUR ACCOUNTS THROUGH THE LATEST IN
    INTERNET SECURE TECHNOLOGY.  CALL OR VISIT TODAY!


==============================================================================
                SMALL BUSINESS CHECKING ACCOUNT 444400
==============================================================================
        DESCRIPTION           DEBITS        CREDITS   DATE          BALANCE

BALANCE LAST STATEMENT ........................... 11/29/13          26.19
DEPOSIT                                 295.00 12/06/13             321.19
FLA DEPT REVENUE C01 000000013041435
                        285.39                12/18/13              35.80
SERVICE CHARGE           15.00                12/31/13              20.80
BALANCE THIS STATEMENT ........................... 12/31/13          20.80

TOTAL CREDITS     (1)    295.00  MINIMUM BALANCE                     26.19
TOTAL DEBITS      (2)    300.39  AVG AVAILABLE BALANCE              113.36
                                 AVERAGE BALANCE                    141.01

        - - - ITEMIZATION OF SERVICE CHARGE PAID THIS PERIOD - - -

        TOTAL CHARGE FOR SMALL BUSINESS CHCK:            15.00
                * * * C O N T I N U E D * * *
```

```
                                              PAGE:     2
                        ACCOUNT:        444400 12/31/2013
                        DOCUMENTS:           1
```

ALFA GENERAL LLC

```
================================================================================
             SMALL BUSINESS CHECKING ACCOUNT 444400
================================================================================

      - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

     ***********************************************************
     *                    |    TOTAL FOR    |     TOTAL       *
     *                    |   THIS PERIOD   |   YEAR TO DATE  *
     *---------------------------------------------------------*
     * TOTAL OVERDRAFT FEES:    |      $.00    |        $.00     *
     *---------------------------------------------------------*
     * TOTAL RETURNED ITEM FEES: |      $.00    |        $.00     *
     ***********************************************************

        NSF FEES WAIVED:            $.00           $32.00

                    - END OF STATEMENT -
```

### Demand Deposit 444400 - ALFA GENERAL LLC

| | Relationship | Date of Birth | Phone Number | Tax Identification |
|---|---|---|---|---|
| ALFA GENERAL LLC | Owner | | ********** | EIN **-******* |
| 1307 S INTL PKWY STE 1091 | | | | |
| LAKE MARY FL 32746 | | | | |

Additional Relationships
Tax Name: ALFA GENERAL LLC

### Presentments
No Presentments for Account

### Current & Previous Cycle

| Description | Debits | Credits | Date | Balance |
|---|---|---|---|---|
| Balance Forward: | | | Nov 29, 2013 | $26.19 |
| DEPOSIT | | $295.00 | Dec 06, 2013 | $321.19 |
| FLA DEPT REVENUE C01 000000013041435 | $285.39 | | Dec 18, 2013 | $35.80 |
| Service Charge | $15.00 | | Dec 31, 2013 | $20.80 |
| ****Statement Produced**** | | | Dec 31, 2013 | $20.80 |
| Check #2234 | $35.80 | | Jan 07, 2014 | ($15.00) |
| NSF FEE | $32.00 | | Jan 08, 2014 | ($47.00) |
| MISC CREDIT | | $15.00 | Jan 09, 2014 | ($32.00) |
| MISC CREDIT | | $32.00 | Jan 09, 2014 | $0.00 |
| MISC DEBIT | $0.00 | | Jan 10, 2014 | $0.00 |
| Balance This Statement: | | | Jan 14, 2014 | $0.00 |