UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re ) | |
| ) | |
| ALFA GENERAL, LLC, ) | Case No.  6:13-bk-15196-KSJ |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |

## ORDER DENYING APPROVAL OF DEBTOR'S DISCLOSURE STATEMENT

This case came on for hearing on February 26, 2014, to consider the approval of the Debtor's Disclosure Statement (Doc. No. 21), the Debtor's Motion for Cash Collateral (Doc. No. 4), the Motion for Relief from Stay filed by First Southern Bank (Doc. No. 39), the Debtor's Motion to Determine Value of Secured Claim of First Southern Bank (Doc. No. 19), and the Motion to Dismiss Case filed by First Southern Bank (Doc. No. 21).  The Debtor's Plan of Reorganization inappropriately classifies the secured claim of First Southern Bank and, as such, is not confirmable.  Accordingly, it is

**ORDERED**:

1. Approval of the Disclosure Statement (Doc. No. 21) is denied.

2. The Debtor is permitted to file an amended disclosure statement and an amended plan of reorganization by **March 14, 2014**.

3. If timely filed, the Court will schedule a combined Disclosure Statement and Confirmation hearing for **May 7, 2014, at 1:00 p.m.**, in Courtroom A, Sixth Floor, 400 West Washington Street, Orlando, Florida  32801.

4.	A final evidentiary hearing on the Motion for Relief from Stay filed by First Southern Bank (Doc. No. 39), the Debtor's Motion to Determine Value of Secured Claim of First Southern Bank (Doc. No. 19), and the Motion to Dismiss Case filed by First Southern Bank (Doc. No. 21) is scheduled for **May 7, 2014, at 1:00 p.m.**, in Courtroom A, Sixth Floor, 400 West Washington Street, Orlando, Florida  32801.

DONE AND ORDERED in Orlando, Florida, March 4, 2014.

KAREN S. JENNEMANN
Chief United States Bankruptcy Judge

David R. McFarlin, Attorney for Debtor, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.